U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| SANDRA THRASHER | CIVIL ACTION NO. 06-2317 |
| versus | JUDGE TRIMBLE |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY | MAGISTRATE JUDGE WILSON |

## ORDER

Before the court is defendant's motion in limine, or, alternatively, for partial summary judgment [R. 12]. For the reasons assigned in our memorandum ruling issued this day, it is hereby

ORDERED that defendant's motion should be GRANTED and that, accordingly, any recovery by plaintiff on her claim under LRS 22:658 and 1220 shall be limited to those remedies made available in the statute as it existed prior to their amendments on August 15, 2006 and February 23, 2006, respectively, as plaintiff's rights of action accrued prior to those dates. Plaintiff, additionally, is not entitled to recover attorney fees under Section 1220, as that statute does not provide such a remedy. It is further

ORDERED that evidence of written or oral communication between the parties during mediation of the claim at issue in this case shall not be admissible during the trial of this matter pursuant to LRS 9:4112.

THUS DONE AND SIGNED in chambers at Alexandria this 18th day of December, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE